THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JAMES R. WARE,

Appellant.— Judgment of conviction of the County Court of Richmond county unanimously affirmed. No opinion. Present — Lazansky, P. J., Kapper, Hagarty, Carswell and Davis, JJ.